AO 442 (Rev. 01/09) Arrest Warrant

MAY 10 2012

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hector Mauricio Amaya a.k.a. "Conejo" and "Kaubil" | ) | Case No. 1:12MJ310 |
| | ) | |
| *Defendant* | ) | |

RECEIVED UNITED STATES MARSHAL
2012 MAY -8 PM 3:34
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Hector Mauricio Amaya a.k.a. "Conejo" and "Kaubil",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Date: 05/08/2012

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

City and state: Alexandria, VA

---

**Return**

This warrant was received on *(date)* 5/8/12, and the person was arrested on *(date)* 5/10/12
at *(city and state)* Falls Church, VA.

Date: 5/10/12

*Arresting officer's signature*

P. Brennan DUSM
*Printed name and title*

Approved by AUSA Sean Tonolli and SAUSAs Scott Nussbum and Emily Loeb